AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Robert Grier, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br> Finjan Holdings, Inc,. Daniel Chinn, Eric Benhamou, Glenn Daniel, John Greene, Harry Kellogg, Gary Moore, Alex Rogers, and Michael Southworth <br><br> *Defendant(s)* | Civil Action No. 3:20-cv-04343-WHO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alex Rogers
Finjan Holdings, Inc.
2000 University Avenue, Suite 600
East Palo Alto, CA 94303

C/O THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER
1209 ORANGE ST, WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David E. Bower
Monteverde & Associates PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT
*Susan Y. Soong*

Date: 9/3/2020
~~09/02/2020~~

Thelma Nudo
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Robert Grier, Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>Finjan Holdings, Inc,. Daniel Chinn, Eric Benhamou, Glenn Daniel, John Greene, Harry Kellogg, Gary Moore, Alex Rogers, and Michael Southworth<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:20-cv-04343 WHO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Chinn
Finjan Holdings, Inc.
2000 University Avenue, Suite 600
East Palo Alto, CA 94303

C/O THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER
1209 ORANGE ST, WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David E. Bower
Monteverde & Associates PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:   9/3/2020                            /s/ Thelma Nudo
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Robert Grier, Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>Finjan Holdings, Inc,. Daniel Chinn, Eric Benhamou, Glenn Daniel, John Greene, Harry Kellogg, Gary Moore, Alex Rogers, and Michael Southworth<br><br>*Defendant(s)* | Civil Action No. 3:20-cv-04343-WHO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Eric Benhamou
Finjan Holdings, Inc.
2000 University Avenue, Suite 600
East Palo Alto, CA 94303

C/O THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER
1209 ORANGE ST, WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David E. Bower
Monteverde & Associates PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT
Susan Y. Soong

Date:   9/3/2020   *Thelma Nudo*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Robert Grier, Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>Finjan Holdings, Inc,. Daniel Chinn, Eric Benhamou, Glenn Daniel, John Greene, Harry Kellogg, Gary Moore, Alex Rogers, and Michael Southworth<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:20-cv-04343-WHO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gary Moore
Finjan Holdings, Inc.
2000 University Avenue, Suite 600
East Palo Alto, CA 94303

C/O THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER
1209 ORANGE ST, WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David E. Bower
Monteverde & Associates PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:  9/3/2020
XX/XX/XXXX

Thelma Nudo
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Robert Grier, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br> Finjan Holdings, Inc,. Daniel Chinn, Eric Benhamou, Glenn Daniel, John Greene, Harry Kellogg, Gary Moore, Alex Rogers, and Michael Southworth <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:20-cv-04343-WHO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Glenn Daniel
Finjan Holdings, Inc.
2000 University Avenue, Suite 600
East Palo Alto, CA 94303

C/O THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER
1209 ORANGE ST, WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David E. Bower
Monteverde & Associates PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:  9/3/2020
  ~~09/02/2020~~

*Thelma Nudo*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Robert Grier, Individually and on Behalf of All Others Similarly Situated *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 3:20-cv-04343-WHO |
| Finjan Holdings, Inc,. Daniel Chinn, Eric Benhamou, Glenn Daniel, John Greene, Harry Kellogg, Gary Moore, Alex Rogers, and Michael Southworth *Defendant(s)* | ) ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Harry Kellogg
Finjan Holdings, Inc.
2000 University Avenue, Suite 600
East Palo Alto, CA 94303

C/O THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER
1209 ORANGE ST, WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David E. Bower
Monteverde & Associates PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT
*Susan Y. Soong*

Date:  9/3/2020
    09/02/2020

*Thelma Nudo*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Robert Grier, Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>Finjan Holdings, Inc,. Daniel Chinn, Eric Benhamou, Glenn Daniel, John Greene, Harry Kellogg, Gary Moore, Alex Rogers, and Michael Southworth<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:20-cv-04343-WHO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Greene
Finjan Holdings, Inc.
2000 University Avenue, Suite 600
East Palo Alto, CA 94303

C/O THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER
1209 ORANGE ST, WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David E. Bower
Monteverde & Associates PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  9/3/2020
 ~~09/02/2020~~



*CLERK OF COURT*
*Susan Y. Soong*

Thelma Nudo
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Robert Grier, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br> Finjan Holdings, Inc,. Daniel Chinn, Eric Benhamou, Glenn Daniel, John Greene, Harry Kellogg, Gary Moore, Alex Rogers, and Michael Southworth <br><br> *Defendant(s)* | Civil Action No. 3:20-cv-04343-WHO |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Michael Southworth
Finjan Holdings, Inc.
2000 University Avenue, Suite 600
East Palo Alto, CA 94303

C/O THE CORPORATION TRUST COMPANY, CORPORATION TRUST CENTER
1209 ORANGE ST, WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David E. Bower
Monteverde & Associates PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/3/2020
~~09/02/2020~~



*CLERK OF COURT*
*Susan Y. Soong*

Thelma Nudo
*Signature of Clerk or Deputy Clerk*