David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT GRIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FINJAN HOLDINGS, INC,. DANIEL CHINN, ERIC BENHAMOU, GLENN DANIEL, JOHN GREENE, HARRY KELLOGG, GARY MOORE, ALEX ROGERS, and MICHAEL SOUTHWORTH,<br><br>Defendants. | Case No. 3:20-cv-04343<br><br>(plaintiff seeking to relate to 3:20-cv-04289 and 3:20-cv-04763)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

WHEREAS, this case was filed as a putative class action on June 29, 2020 by a stockholder of Finjan Holdings, Inc. ("Finjan"), alleging violation of Section 14(e) and Section 20(a) of the Securities Exchange Act of 1934 and related regulations with respect to disclosures in the Recommendation Statement for the tender offer by Fortress Investment Group LLC, through its affiliates (collectively "Fortress"), to acquire all of the issued and outstanding shares of Finjan (the "Buyout").

WHEREAS, on August 31, 2020, plaintiff timely moved to consolidate all related actions and to be appointed as lead plaintiff for the putative class and for appointment of his attorneys as lead counsel pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-

1  4(a)(3)(B) (the "Motion").  The Motion is set for hearing on October 9, 2020 in the earlier first-filed
2  matter styled *Barnes v. Finjan Holdings, Inc. et al*, 3:20-cv-04289.

3      WHEREAS, the initial Case Management Order, issued on July 1, 2020 set an initial case
4  management conference on September 29, 2020.

5      WHEREAS, Plaintiff intends to file an amended complaint if appointed lead plaintiff and
6  Defendants expect they will likely move to dismiss the amended complaint.

7      WHEREFORE, because this case will not be at issue until after the defendants' motion to
8  dismiss is fully briefed and decided—and even then only if the pleading is sustained—the parties
9  agree and respectfully submit that a continuance of the initial CMC for approximately 120 days
10 would be reasonable and propose a continuance from September 29, 2020 to January 26, 2021.

DATED:  September 22, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ David E. Bower*
**OF COUNSEL**　　　　　　　　　　　　　David E. Bower

**MONTEVERDE & ASSOCIATES PC**　　　**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde　　　　　　　　　　　600 Corporate Pointe, Suite 1170
The Empire State Building　　　　　　　　Culver City, CA 90230
350 Fifth Avenue, Suite 4405　　　　　　　Tel: (310) 446-6652
New York, New York 10118　　　　　　　Fax: (212) 202-7880
Tel:  212-971-1341　　　　　　　　　　　Email:  dbower@monteverdelaw.com
Fax:  212-202-7880
Email: jmonteverde@monteverdelaw.com　*Counsel for Plaintiff*

*Counsel for Plaintiff*


　　　　　　　　　　　　　　　　　　　　**GCA LAW PARTNERS LLP**
　　　　　　　　　　　　　　　　　　　　*/s/ James L. Jacobs*
　　　　　　　　　　　　　　　　　　　　James L. Jacobs
　　　　　　　　　　　　　　　　　　　　2570 W. El Camino Real, Suite 400
　　　　　　　　　　　　　　　　　　　　Mountain View, CA 94040
　　　　　　　　　　　　　　　　　　　　Tel:  (650) 428-3900
　　　　　　　　　　　　　　　　　　　　Fax:  (650) 428-3901
　　　　　　　　　　　　　　　　　　　　Email:  jjacobs@gcalaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

1  TO ALL PARTIES AND COUNSEL OF RECORD:

2  Based on the Stipulation of the Parties and good cause appearing therefore, this CMC set for

3  September 29, 2020 is hereby continued to January 26, 2021 at 2:00 p.m. in Courtroom 2, 17th Floor

4  450 Golden Gate Avenue, San Francisco, CA 94102.

5

6  **IT IS SO ORDERED,**

7

8  _____

9  U. DISTRICT COURT JUDGE
   **September 23, 2020**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    3
   STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
28                              CONFERENCE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

By: */s/ David E. Bower*
David E. Bower